

NUMBER 13-08-00381-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

COLLEEN AND ELRAY MATZKE, Appellants,

v.

TRES PALACIOS GAS STORAGE LLC, Appellee.

### On appeal from the 329th District Court of Wharton County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants, Colleen and Elray Matzke, filed a notice of appeal regarding the findings of special commissioners appointed under the provisions of Chapter 21 of the Texas Property Code. The Wharton County District Clerk mistakenly forwarded this notice of appeal to this Court, but has since notified the Court that this filing was in error. *See* TEX.

PROP. CODE ANN. § 21.018 (Vernon 2004) (providing for de novo review of special commissioners' findings in district court). Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of June, 2008.